THE PEOPLE ex rel. KATHARINE H. RICHMOND, Appellant, *v.* JOHN H. WILSON et al., as Trustees, etc., Respondents.

(Argued May 2, 1890 ; decided June 3, 1890.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made December 11, 1888, which affirmed the proceedings of defendants, as trustees of the village of Flushing in assessing lots of the relator.

*John W. Weed* for appellant.

*Edward E. Sprague* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed:

---

WILLIAM S. WETMORE, Respondent, *v.* JANETTE PIRSSON, Appellant.

(Argued May 6, 1890; decided June 3, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 11, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Martin J. Keogh* for appellant.

*D. Cady Herrick* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.